UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LAWRENCE WATKINS** | **CIVIL ACTION NO. 3:18-cv-01297** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **FRANKLIN PARISH DETENTION CENTER, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Lawrence Watkins' request for a transfer, as well as Plaintiff's claims against Franklin Parish Detention Center, Sergeant Chris Walker, and Sheriff Kevin Cobb, are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief can be granted.

MONROE, LOUISIANA, this 18th day of December, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**